IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No: 13-40596-KW |
| | ) | |
| ANGELA S. DATTILIO | ) | Adversary Proceeding No. 14-4012 |
| | ) | |
| Debtor | ) | |
| ****************************************** | ) | Chapter 7 |
| | ) | |
| ANDREW W. SUHAR, TRUSTEE | ) | |
| | ) | Judge Kay Woods |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| HOME DEPOT CREDIT SERVICES | ) | |
| A DIVISION OF CITIBANK, NA | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

NOW COMES Plaintiff and pursuant to Rule 7041(a)(1)(i) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of voluntary dismissal of the above-captioned adversary proceeding with prejudice.

                                                              Respectfully submitted,

                                                              /s/ Andrew W. Suhar
                                                              Andrew W. Suhar, Esq., Reg. No. 0058419
                                                              29 E. Front St., 2nd Floor
                                                              P.O. Box 1497
                                                              Youngstown, OH 44501-1497
                                                              Telephone: (330) 744-9007
                                                              Facsimile: (330) 744-5857
                                                              E-mail: asuhar@suharlaw.com
                                                              Chapter 7 Trustee

# CERTIFICATE OF SERVICE

    I HEREBY certify that on this 30th day of June, 2014, a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** was served:

**Via the Court's Electronic Case Filing System to:**

Office of the United States Trustee at (Registered address)@usdoj.gov

**Via regular U.S. Mail, postage prepaid, to:**

David Burroughs, Paralegal NAO&T
Citibank, NA
6460 Las Colinas Blvd.
Mail Code LCB-110
Irving, TX   75039

            /s/ Andrew W. Suhar
            Andrew W. Suhar, Esq., Reg. No. 0058419
            Chapter 7 Trustee